MFA: USAO# 2026R00020

*CQM* 2.18.26

FILED _____
_____ LOGGED _____ ENTERED
_____ RECEIVED

FEB 19 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** JKB-26-70 |
| v. | (**Sexual Exploitation of a Child,** 18 U.S.C. § 2251(a); **Possession of Child Pornography,** 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); **Forfeiture,** 18 U.S.C. § 2253, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| **THOMAS SOOMIN KWON,** | |
| **Defendant.** | |

## INDICTMENT

### COUNTS ONE AND TWO
### (Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1.      At all times material to this Indictment:

2.      Defendant **THOMS SOOMIN KWON** ("**KWON**") was born in 1987 and resided in Baltimore, Maryland.

3.      Minor Victim 1 was born in 2010 and was 14 and later 15 years old at the time of the offenses committed against her.

4.      On or before the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

### THOMAS SOOMIN KWON,

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means

1

and facility of interstate and foreign commerce, and said visual depictions were produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, as follows:

| Count | Date | Details |
|---|---|---|
| 1 | July 29, 2025 | KWON produced a series of 8 video files with the following titles:<br><br>• IMG_5450.MOV<br>• IMG_5451.MOV<br>• IMG_5452.MOV<br>• IMG_5453.MOV<br>• IMG_5454.MOV<br>• IMG_5455.MOV<br>• IMG_5448.HEIC<br>• IMG_5449.HEIC<br><br>which depict Minor Victim 1's exposed genitals and anus, KWON digitally penetrating Minor Victim 1's genitals, an object inserted into the anus of Minor Victim 1's anus, and KWON's penis penetrating Minor Victim 1's anus, and said video files having been stored on an Apple iPhone 16 Pro Max, IMEI 357590875372996. |
| 2 | October 3, 2025 | KWON produced series of 4 video files with the following titles,<br><br>• IMG_6076.MOV<br>• IMG_6077.MOV<br>• IMG_6078.MOV<br>• IMG_6079.MOV<br><br>which depict Minor Victim 1's exposed genitals and anus, KWON using his hands to touch Minor Victim 1's genitals, KWON's penis penetrating Minor Victim 1's genitals and anus and said video files having been stored on an Apple iPhone 16 Pro Max, IMEI 357590875372996. |

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2

## COUNT THREE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 3, 2025, in the District of Maryland, the defendant,

**THOMAS SOOMIN KWON,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is: an Apple iPhone 16 Pro Max, IMEI: 357590875372996, manufactured outside of the United States, which contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on the offenses charged in Counts One through Three of this Indictment.

### Sexual Exploitation of Children and Possession of Child Pornography Forfeiture

2.  Upon conviction on any of the offenses alleged in Counts One through Three, the defendant,

### THOMAS SOOMIN KWON,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.  any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

### Property Subject to Forfeiture

3.  The property to be forfeited includes, but is not limited to, the following item seized from the defendant, on or about October 3, 2025:

a.  An Apple iPhone 16 Pro Max, IMEI: 357590875372996;

4

**Substitute Assets**

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.        cannot be located upon the exercise of due diligence;

        b.        has been transferred or sold to, or deposited with, a third party;

        c.        has been placed beyond the jurisdiction of the Court;

        d.        has been substantially diminished in value; or

        e.        has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
_____
FOREPERSON

_____2/19/26_____
Date